# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHAN EARL BURGESS § | |
| § | Civil Action No. 4:17-CV-782 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| JUDGE CARMEN RIVERA WORLEY, § | |
| GENE SERA, ASHLEIGH WOODOLL, § | |
| ROBERT DAVIS, GREG WILLIS, JOHN § | |
| ROLSTER, STACEY KEMP, MELISSA § | |
| GUERRA, BRENDA GERMAN, AND § | |
| DOES 1-10 | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 31, 2018, the report of the Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and recommendations that Plaintiff Nathan Earl Burgess's "Motion to Remove Case to State Court" be denied (Dkt. #18).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's "Motion to Remove Case to State Court" (Dkt. #18) is **DENIED**.

**IT IS SO ORDERED**.
**SIGNED this 13th day of July, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE