# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHAN EARL BURGESS § | |
| § | Civil Action No. 4:17-CV-782 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| JUDGE CARMEN RIVERA WORLEY, ET § | |
| AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 18, 2018, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Plaintiff Nathan Earl Burgess's claims against Defendants Judge Carmen Rivera Worley, Attorney Gene Sera, Prosecutor Ashleigh Woodoll, Collin County Attorney Robert Davis, Prosecutor Greg Willis, Prosecutor John Rolster, Collin County Clerk Stacey Kemp, Collin County Clerk Melissa Guerra, Collin County Clerk Brenda German, and John Does 1 through 10 be dismissed pursuant to 28 U.S.C. § 1915.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Nathan Earl Burgess's claims against Defendants Judge Carmen Rivera Worley, Attorney Gene Sera, Prosecutor Ashleigh Woodoll, Collin County Attorney Robert Davis, Prosecutor Greg Willis, Prosecutor John Rolster, Collin County Clerk

Stacey Kemp, Collin County Clerk Melissa Guerra, Collin County Clerk Brenda German, and John Does 1 through 10 are **DISMISSED**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of January, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE